IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Christine M. Arguello

Civil Action No. 15-cv-00853-CMA
Criminal Action No. 13-cr-00444-CMA-1

UNITED STATES OF AMERICA,

v.

STACEY ELLA McKERN,

    Movant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before May 28, 2015, shall file an answer or other pleading directed to the motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.

DATED this 28th day of April, 2015

BY THE COURT:

*Christine M Arguello*
Christine M. Arguello
United States District Judge