IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00444-CMA
(Civil Action No. 15-cv-00853-CMA)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. STACEY ELLA MCKERN,

    Defendant-Movant.

---

**FINAL JUDGMENT**

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Movant's 28 U.S.C. § 2255 Motion and Rule 35 Motion for Reduction of Sentence entered by the Honorable Christine M. Arguello on July 15, 2015, incorporated herein by reference, it is

    ORDERED that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is DENIED.  It is

    FURTHER ORDERED that because the Court lacks jurisdiction to change Defendant's sentence, her untimely Rule 35 Motion for Reduction of Sentence is also DENIED.

    DATED at Denver, Colorado this __16th__ day of July, 2015.

                                           FOR THE COURT:

                                           JEFFREY P. COLWELL, CLERK

                                           By: s/Emily Buchanan
                                           Emily Buchanan, Deputy Clerk